IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:

RICHARD MICHAEL WILCOX

      Debtor
_____/

Case No. 02-66238-T
Chapter 7

ASSOCIATED NEWSPAPERS OF
MICHIGAN, INC., EAGLE GRAPHICS,
INC. and DAVID WILLETT,

      Plaintiffs,

v.

RICHARD MICHAEL WILCOX,

      Defendant.
_____/

Adv. Pro. No. 03-4098-MBM
Hon. Marci B. McIvor

### ORDER GRANTING PLAINTIFFS' MOTION TO HOLD DEFENDANT IN CONTEMPT AND TO ISSUE A BENCH WARRANT FOR DEFENDANT'S ARREST FOR HIS DISOBEDIENCE OF JANUARY 9, 2008 SUBPOENA DUCES TECUM

Plaintiffs having filed their Motion To Hold Defendant In Contempt And To Issue A Bench Warrant For Defendant's Arrest For His Disobedience Of January 9, 2008 Subpoena Duces Tecum; and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that Plaintiffs' Motion is granted; Defendant Wilcox is held in contempt for his disobedience of the January 9, 2008 subpoena in failing to appear for his deposition duces tecum on February 18, 2008; and a bench warrant shall issue for Defendant's arrest .

.

**Signed on May 01, 2008**

                                 **_____ __/s/ Marci B. McIvor_ ____**
                                        **Marci B. McIvor**

United States Bankruptcy Judge