F/W # 1488172
WALL 0839-0507-1665-F

# United States District Court

EASTERN _____ DISTRICT OF _____ MICHIGAN

RE:
Richard Michael Wilcox
3055 Newfound Harbor Drive
Merritt Island, Florida  32952

SS# 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

**WARRANT FOR ARREST**

CASE NUMBER: 02-66238-TJT
Adversary Case No. 03-4098-MBM

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Richard Michael Wilcox _____
                                                                    Name

and bring him or her forthwith to the nearest _____ Bankruptcy Judge _____ to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☑ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Contempt Of Court Order

in violation of Title __11__ United States Code, Section(s) §105, 18 USC §401

| Bankruptcy Judge Marci B. McIvor | U.S. Bankruptcy Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | May 6, 2008  Detroit, MI |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ 1,000.00 Personal Bond    by Honorable Marci B. McIvor
                                              Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at 3055 New Foundland Harbor Dr. Merritt Island, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5-15-08 | Jimmy Disbrow M/FL USMS | [signature] |
| DATE OF ARREST | | |
| 5-16-08 | | E/MI for DUSM Disbrow |

03-04098-mbm   Doc 84   Filed 05/06/08   Entered 06/05/08 07:58:58   Page 4 of 4