Approved, SCAO

Original - Court (Part 1)
1st copy - Garnishee (Part 2)
2nd copy - Defendant (Part 2)

3rd copy - Return (proof of service) (Part 1)
4th copy - Plaintiff/Attorney (proof) (Part 2)

| • STATE OF MICHIGAN<br>_____ JUDICIAL DISTRICT<br>_____ JUDICIAL CIRCUIT<br>US Bankruptcy Court-Eastern | REQUEST AND WRIT FOR GARNISHMENT<br>(NONPERIODIC) | • CASE NO.<br>02-66238<br>Adversary No. 03-4098 |

| Court address District of Michigan    • Zip code<br>211 West Fort Street, Detroit, Michigan 48226 | Court telephone no.<br>(313) 234-0068 |

| Plaintiff name and address (judgment creditor)<br>Associated Newspapers of Michigan, Inc., Eagle Graphics, Inc., and David Willett | v | • Defendant name and address (judgment debtor)<br>Clare County Review<br>2141 E. Ludington Drive<br>Clare, Michigan 48617 |
| Plaintiff's attorney, bar no., and address<br>Doanld R. Bachand (P45231)<br>74 West Long Lake Road, Suite 200<br>Bloomfield Hills, MI 48304<br>Telephone no.<br>(248) 645-1450 | | ••             Account no.<br><br>Garnishee name and address<br>Insulation Technologies of Michigan<br>6305 Pleasantview Drive<br>Clare, MI 48617-9615 |

** Insert social security number here.

**REQUEST**    See instructions for item 2 on other side.

1. Plaintiff received judgment against defendant for $ 170,509.64 on July 20, 2009 .
2. The total amount of judgment interest accrued to date is $ 1,045.56 . The total amount of postjudgment costs accrued to date is $ 0.00 . The total amount of postjudgment payments and credits made to date is $ 0.00 . **The amount of the unsatisfied judgment now due (including interest and costs) is** * $ 171,555.20 .
3. Plaintiff knows or with good reason believes the garnishee is indebted to or possesses or controls property belonging to defendant.
4. **Plaintiff requests** a writ of nonperiodic garnishment.

I declare that the statements above are true to the best of my information, knowledge, and belief.

11/18/2010
Date

Plaintiff/Agent/Attorney signature

**WRIT OF GARNISHMENT**     To be completed by the court. See other side for additional information and instructions.

**TO THE PLAINTIFF:** You must provide all copies of the disclosure form (MC 14), two copies of this writ for serving on the garnishee, and $1.00 disclosure fee. You are responsible for having these documents served on the garnishee within 91 days. If the disclosure states that the garnishee holds property **other than money** belonging to the defendant, you must motion the court within 56 days after the disclosure is filed for an order to apply the property toward the judgment. **NOTE:** The social security number field is blacked out on the court copies for security reasons, but will appear on the garnishee, defendant, and plaintiff copies.

**TO THE DEFENDANT:**

1. Do not dispose of any negotiable instrument representing a debt of the garnishee or any negotiable instrument of title representing property in which you claim an interest held in the possession or control of the garnishee.
2. You have **14 days** after this writ is mailed or delivered to you to file objections with the court. If you do not take this action within this time, without further notice, the property or debt held under this writ may be applied to the judgment **28 days** after this writ was mailed or delivered to the garnishee.

**TO THE GARNISHEE:**

1. Within **7 days** after you are served with this writ, you must deliver a copy of this writ to the defendant in person or mail a copy to his or her last-known address by first-class mail.
2. Deliver no tangible or intangible property and pay no obligation to the defendant unless allowed by statute or court rule.
3. Within **14 days** after you are served with this writ, you must deliver or mail copies of your verified disclosure (form MC 14) to the court, plaintiff/attorney, and defendant. A default may be entered against you for failure to comply with this order.
4. If indebted to the defendant, you must withhold an amount not to exceed the amount of the judgment stated in item 2 of the request. Payment of withheld funds must be made **28 days** after you are served with this writ unless notified that an objection has been filed.
   **You are ordered to make the payment withheld under this writ payable to**

☑ the plaintiff    ☐ the plaintiff's attorney    ☐ the court<br>
and mail it to: ☐ the plaintiff.    ☑ the plaintiff's attorney    ☐ the court.

5. If you hold property other than money belonging to the defendant, do not transfer it until further order of the court.

11/22/10<br>
Date of issue

Expiration date for service

Deputy court clerk