Approved, SCAO

Original - Court
1st copy - Plaintiff
2nd copy - Garnishee
3rd copy - Defendant

| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>US Bankruptcy Court-Eastern | GARNISHEE DISCLOSURE | CASE NO.<br>02-66238<br>Adversary No. 03-4098 |
|---|---|---|

Court address District of Michigan
211 West Fort Street, Detroit, Michigan 48226

Court telephone no.
(313) 234-0068

**Plaintiff name, address, and telephone no. (judgment creditor)**
Associated Newspapers of Michigan, Inc., Eagle Graphics, Inc., and David Willett

v

**Defendant name, address, and telephone no. (judgment debtor)**
Clare County Review
2141 E. Ludington Drive
Clare, Michigan 48617

**Plaintiff's attorney, bar no., address, and telephone no.**
Donald R. Bachand (P45231)
Garratt & Bachand, PC
74 W. Long Lake Road, Suite 200
Bloomfield Hills, Michigan 48304

**Garnishee name and address**
McGuire Chevrolet
712 West 5th Street
Clare, Michigan 48617-9414

SEE INSTRUCTIONS ON OTHER SIDE

1. This disclosure is for a writ of garnishment issued on **11-22-10** and received by garnishee on **11-26-2010**.
   ☒ a. The garnishee mailed or delivered a copy of the writ of garnishment to the defendant on **11-26-2010**.
   ☐ b. The garnishee was unable to mail or deliver a copy of the writ of garnishment to the defendant.
2. At the time of service of the writ:
**Nonperiodic Garnishments**
   ☒ a. The garnishee is not indebted to the defendant for any amount and does not possess or control the defendant's property, money, etc. Reason: **Have not submitted any advertising.**
   ☐ b. The garnishee is indebted to the defendant for nonperiodic payments as follows:

   Description of property, money, negotiable instruments, etc. under garnishee's control    Type of account and account number, if applicable
   The amount to be withheld is $ _____ and does not exceed the amount stated in item 2 of the writ.
   ☐ c. Withholding is exempt because _____ State the exemption and legal authority

**Periodic Garnishments**
   ☐ d. The garnishee is not obligated to make periodic payments to the defendant during the 91-day period.
      Reason: ☐ not employed. ☐ other _____
   ☐ e. The garnishee is obligated to make periodic payments to the defendant during the 91-day period following.
      Payments are for ☐ earnings. ☐ nonearnings _____ Specify nature of payment (see instructions on other side)
      Payments are made ☐ weekly. ☐ biweekly. ☐ semimonthly. ☐ monthly. ☐ other: _____ frequency of payment
      A higher priority writ/order ☐ is ☐ is not currently in effect. If a higher priority writ/order is in effect, complete the following.

   Name of court that issued higher priority writ/order    Case number    Date issued    Date served

   Withholding under this writ
   ☐ will begin immediately if sufficient funds are available.
   ☐ will not begin immediately because defendant is ☐ laid off. ☐ sick. ☐ on leave. ☐ other: _____ specify

I declare that the statements above are true to the best of my information, knowledge, and belief.

**11-26-2010**
Date                                     Garnishee/Agent/Attorney signature

I certify that:
on **11-26-2010** I mailed or personally delivered the original of this disclosure to the court.
on **11-26-2010** I mailed or personally delivered a copy of this disclosure to the plaintiff/attorney.
on **11-26-2010** I mailed or personally delivered a copy of this disclosure to the defendant.

_____
Date                                     Garnishee/Agent/Attorney signature

DO NOT Include Your Payment With This Disclosure. See item 3 of the instructions for details.

MC 14 (5/09) GARNISHEE DISCLOSURE                           15 USC 1672, 15 USC 1673, MCR 3.101

03-04098-mbm    Doc 123    Filed 11/29/10    Entered 11/30/10 13:23:45    Page 1 of 1