Approved, SCAO

Original - Court
1st copy - Plaintiff
2nd copy - Garnishee
3rd copy - Defendant

| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>US BAnkruptcy Court-Eastern | GARNISHEE DISCLOSURE | CASE NO.<br>02-66238<br>Adversary No. 03-4098 |
|---|---|---|

Court address District of MICHIGAN
211 West Fort Street, Detroit, Michigan 48226

Court telephone no.
(313) 234-0068

| Plaintiff name, address, and telephone no. (judgment creditor)<br>Associated Newspapers of Michigan, Inc., Eagle Graphics, Inc., and David Willett | v | Defendant name, address, and telephone no. (judgment debtor)<br>Clare County Review<br>2141 E. Ludington Drive<br>Clare, Michigan 48617 |
|---|---|---|
| Plaintiff's attorney, bar no., address, and telephone no.<br>Donald R. Bachand (P45231)<br>Garratt & Bachand, PC<br>74 W. Long Lake Road, Suite 200<br>Bloomfield Hills, Michigan 48304 | | Garnishee name and address<br>Central Michigan Community Federal Credit Union<br>650 West 5th Street<br>Clare, Michigan 48617-9481 |

SEE INSTRUCTIONS ON OTHER SIDE

1. This disclosure is for a writ of garnishment issued on 11/22/10 and received by garnishee on 11/26/10.
   ☒ a. The garnishee mailed or delivered a copy of the writ of garnishment to the defendant on 11/26/10.
   ☐ b. The garnishee was unable to mail or deliver a copy of the writ of garnishment to the defendant.
2. At the time of service of the writ:

**Nonperiodic Garnishments**
☒ a. The garnishee is not indebted to the defendant for any amount and does not possess or control the defendant's property, money, etc. Reason: No Account Found
☐ b. The garnishee is indebted to the defendant for nonperiodic payments as follows:

Description of property, money, negotiable instruments, etc. under garnishee's control    Type of account and account number, if applicable
The amount to be withheld is $ _____ and does not exceed the amount stated in item 2 of the writ.
☐ c. Withholding is exempt because _____
State the exemption and legal authority

**Periodic Garnishments**
☐ d. The garnishee is not obligated to make periodic payments to the defendant during the 91-day period
   Reason: ☐ not employed.  ☐ other _____
☐ e. The garnishee is obligated to make periodic payments to the defendant during the 91-day period as follows:
   Payments are for  ☐ earnings.  ☐ nonearnings _____
   Specify nature of payment (see instructions on other side)
   Payments are made  ☐ weekly.  ☐ biweekly.  ☐ semimonthly.  ☐ monthly.  ☐ other _____
                                                                                          frequency of payment
A higher priority writ/order ☐ is  ☐ is not  currently in effect. If a higher priority writ/order is in effect, complete the following.
_____  _____  _____  _____
Name of court that issued higher priority writ/order    Case number    Date issued    Date served
Withholding under this writ
☐ will begin immediately if sufficient funds are available.
☐ will not begin immediately because defendant is ☐ laid off. ☐ sick. ☐ on leave. ☐ other: _____
                                                                                                specify

I declare that the statements above are true to the best of my information, knowledge, and belief.

11/26/10                                        [signature]
Date                                            Garnishee/Agent/Attorney signature

I certify that:
on 11/26/10  I mailed or personally delivered the original of this disclosure to the court.
on 11/26/10  I mailed or personally delivered a copy of this disclosure to the plaintiff/attorney.
on 11/26/10  I mailed or personally delivered a copy of this disclosure to the defendant.

11/26/10                                        [signature]
Date                                            Garnishee/Agent/Attorney signature

**DO NOT Include Your Payment With This Disclosure. See item 3 of the instructions for details.**

MC 14 (5/09) GARNISHEE DISCLOSURE                                    15 USC 1672, 15 USC 1673, MCR 3.101