Approved, SCAO

| | | |
|---|---|---|
| | | Original - Court |
| | | 1st copy - Plaintiff |
| | | 2nd copy - Garnishee |
| | | 3rd copy - Defendant |

| STATE OF MICHIGAN JUDICIAL DISTRICT JUDICIAL CIRCUIT US Bankruptcy Court-Eastern | FILED GARNISHEE DISCLOSURE 2010 DEC -1 AM 10:57 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT | CASE NO. 02-66238 Adversary No. 03-4098 |
|---|---|---|

Court address District of Michigan
211 West Fort Street, Detroit, Michigan 48226

Court telephone no. (313) 234-0068

| Plaintiff name, address, and telephone no. (judgment creditor) | | Defendant name, address, and telephone no. (judgment debtor) |
|---|---|---|
| Associated Newspapers of Michigan, Inc., Eagle Graphics, Inc., and David Willett | v | Clare County Review 2141 E. Ludington Drive Clare, Michigan 48617 |

| Plaintiff's attorney, bar no., address, and telephone no. | Garnishee name and address |
|---|---|
| Donald R. Bachand (P45231) Garratt & Bachand, PC 74 W. Long Lake Road, Suite 200 Bloomfield Hills, Michigan 48304 | Krapohl Ford Lincoln Mercury 1415 East Pickard Street Mount Pleasant, Michigan 48858-1999 |

SEE INSTRUCTIONS ON OTHER SIDE

1. This disclosure is for a writ of garnishment issued on 11/20/2010 and received by garnishee on 11/29/2010.
   ☐ a. The garnishee mailed or delivered a copy of the writ of garnishment to the defendant on _____.
   ☐ b. The garnishee was unable to mail or deliver a copy of the writ of garnishment to the defendant.
2. At the time of service of the writ:

**Nonperiodic Garnishments**
☒ a. The garnishee is not indebted to the defendant for any amount and does not possess or control the defendant's property, money, etc. Reason: NO OUTSTANDING ACCOUNTS PAYABLES AT THIS TIME.
☐ b. The garnishee is indebted to the defendant for nonperiodic payments as follows:

_____  _____
Description of property, money, negotiable instruments, etc. under garnishee's control   Type of account and account number, if applicable
The amount to be withheld is $ _____ and does not exceed the amount stated in item 2 of the writ.
☐ c. Withholding is exempt because _____.
State the exemption and legal authority

**Periodic Garnishments**
☒ d. The garnishee is not obligated to make periodic payments to the defendant during the 91-day period.
   Reason: ☐ not employed (MAY BE) ☐ other _____
☒ e. The garnishee is obligated to make periodic payments to the defendant during the 91-day period as follows.
   Payments are for ☐ earnings. ☒ nonearnings ADVERTISING PURCHASED (BILLED MONTHLY)
   Specify nature of payment (see instructions on other side)
   Payments are made ☐ weekly. ☐ biweekly. ☐ semimonthly. ☒ monthly. ☐ other IF & WHEN BILLED
                                                                                      frequency of payment

A higher priority writ/order ☐ is ☐ is not currently in effect. If a higher priority writ/order is in effect, complete the following.

_____  _____  _____  _____
Name of court that issued higher priority writ/order   Case number   Date issued   Date served

Withholding under this writ
☒ will begin immediately if sufficient funds are available.
☐ will not begin immediately because defendant is ☐ laid off. ☐ sick. ☐ on leave. ☐ other: _____.
                                                                                              specify

I declare that the statements above are true to the best of my information, knowledge, and belief.

11/29/10 _____
Date        Garnishee/Agent/Attorney signature

**I certify that:**
on 11/29/10 _____ I mailed or personally delivered the original of this disclosure to the court.
on 11/29/10 _____ I mailed or personally delivered a copy of this disclosure to the plaintiff/attorney.
on 11/29/10 _____ I mailed or personally delivered a copy of this disclosure to the defendant.

11/29/10 _____
Date        Garnishee/Agent/Attorney signature

**DO NOT Include Your Payment With This Disclosure. See item 3 of the instructions for details.**

MC 14 (5/09) GARNISHEE DISCLOSURE                                           15 USC 1672, 15 USC 1673, MCR 3.101

Original - Court (Part 1)
1st copy - Garnishee (Part 2)
2nd copy - Defendant (Part 2)
3rd copy - Return (proof of service) (Part 1)
4th copy - Plaintiff/Attorney (proof) (Part 2)

Approved, SCAO

COPY

| STATE OF MICHIGAN ___ JUDICIAL DISTRICT ___ JUDICIAL CIRCUIT | REQUEST AND WRIT FOR GARNISHMENT (NONPERIODIC) | CASE NO. 02-66238 Adversary No. 03-4098 |
|---|---|---|

Court address: US Bankruptcy Court-Eastern District of Michigan, 211 West Fort Street, Detroit, Michigan 48226

Court telephone no.: (313) 234-0068

**Plaintiff name and address (judgment creditor)**
Associated Newspapers of Michigan, Inc., Eagle Graphics, Inc., and David Willett

v

**Defendant name and address (judgment debtor)**
Clare County Review
2141 E. Ludington Drive
Clare, Michigan 48617

Social security no. | Account no.

**Plaintiff's attorney, bar no., and address**
Doanld R. Bachand (P45231)
74 West Long Lake Road, Suite 200
Bloomfield Hills, MI 48304
Telephone no. (248) 645-1450

**Garnishee name and address**
Krapohl Ford Lincoln Mercury
1415 East Pickard Street
Mount Pleasant, MI 48858-1999

**REQUEST** See instructions for item 2 on other side.

1. Plaintiff received judgment against defendant for $170,509.64 on July 20, 2009.
2. The total amount of judgment interest accrued to date is $1,045.56. The total amount of postjudgment costs accrued to date is $0.00. The total amount of postjudgment payments and credits made to date is $0.00. The amount of the unsatisfied judgment now due (including interest and costs) is * $171,555.20.
3. Plaintiff knows or with good reason believes the garnishee is indebted to or possesses or controls property belonging to defendant.
4. **Plaintiff requests** a writ of nonperiodic garnishment.

I declare that the statements above are true to the best of my information, knowledge, and belief.

11/18/2010
Date

_____
Plaintiff/Agent/Attorney signature

**WRIT OF GARNISHMENT** To be completed by the court. See other side for additional information and instructions.

**TO THE PLAINTIFF:** You must provide all copies of the disclosure form (MC 14), two copies of this writ for serving on the garnishee, and $1.00 disclosure fee. You are responsible for having these documents served on the garnishee within 91 days. If the disclosure states that the garnishee holds property **other than money** belonging to the defendant, you must motion the court within 56 days after the disclosure is filed for an order to apply the property toward the judgment. NOTE: The social security number field is blacked out on the court copies for security reasons, but will appear on the garnishee, defendant, and plaintiff copies.

**TO THE DEFENDANT:**
1. Do not dispose of any negotiable instrument representing a debt of the garnishee or any negotiable instrument of title representing property in which you claim an interest held in the possession or control of the garnishee.
2. You have **14 days** after this writ is mailed or delivered to you to file objections with the court. If you do not take this action within this time, without further notice, the property or debt held under this writ may be applied to the judgment **28 days** after this writ was mailed or delivered to the garnishee.

**TO THE GARNISHEE:**
1. Within **7 days** after you are served with this writ, you must deliver a copy of this writ to the defendant in person or mail a copy to his or her last-known address by first-class mail.
2. Deliver no tangible or intangible property and pay no obligation to the defendant unless allowed by statute or court rule.
3. Within **14 days** after you are served with this writ, you must deliver or mail copies of your verified disclosure (form MC 14) to the court, plaintiff/attorney, and defendant. A default may be entered against you for failure to comply with this order.
4. If indebted to the defendant, you must withhold an amount not to exceed the amount of the judgment stated in item 2 of the request. Payment of withheld funds must be made **28 days** after you are served with this writ unless notified that an objection has been filed.

**You are ordered to make the payment withheld under this writ payable to**
☑ the plaintiff ☐ the plaintiff's attorney ☐ the court
**and mail it to:** ☐ the plaintiff ☑ the plaintiff's attorney ☐ the court.

5. If you hold property other than money belonging to the defendant, do not transfer it until further order of the court.

10-20-2010
Date of issue | Expiration date for service | Deputy court clerk