*T.S.*

Approved, SCAO

Original - Court
1st copy - Plaintiff
2nd copy - Garnishee
3rd copy - Defendant

**STATE OF MICHIGAN**
**JUDICIAL DISTRICT**
**JUDICIAL CIRCUIT**

US Bankruptcy Court-Eastern

FILED
**GARNISHEE DISCLOSURE** 9
2010 DEC -1 AM 10:49

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

**CASE NO.**

02-66238
Adversary No. 03-4098

Court address  District of Michigan
211 West Fort Street, Detroit, Michigan 48226

Court telephone no.
(313) 234-0068

| Plaintiff name, address, and telephone no. (judgment creditor) | | Defendant name, address, and telephone no. (judgment debtor) |
|---|---|---|
| Associated Newspapers of Michigan, Inc., Eagle Graphics, Inc., and David Willett | v | Clare County Review<br>2141 E. Ludington Drive<br>Clare, Michigan 48617 |
| Plaintiff's attorney, bar no., address, and telephone no.<br>Donald R. Bachand (P45231)<br>Garratt & Bachand, PC<br>74 W. Long Lake Road, Suite 200<br>Bloomfield Hills, Michigan 48304 | | Garnishee name and address<br>First Bank<br>806 North McEwan Street<br>Clare, Michigan 48617-1236 |

**SEE INSTRUCTIONS ON OTHER SIDE**

1. This disclosure is for a writ of garnishment issued on __11/22/2010__ and received by garnishee on __11/26/10__.
   ☒ a. The garnishee mailed or delivered a copy of the writ of garnishment to the defendant on __11/30/2010__.
   ☐ b. The garnishee was unable to mail or deliver a copy of the writ of garnishment to the defendant.

2. At the time of service of the writ:
   **Nonperiodic Garnishments**
   ☒ a. The garnishee is not indebted to the defendant for any amount and does not possess or control the defendant's property, money, etc. Reason: __NO OPEN ACCOUNTS__
   ☐ b. The garnishee is indebted to the defendant for nonperiodic payments as follows:

   _____
   Description of property, money, negotiable instruments, etc. under garnishee's control      Type of account and account number, if applicable
   The amount to be withheld is $ _____ and does not exceed the amount stated in item 2 of the writ.
   ☐ c. Withholding is exempt because_____.
   State the exemption and legal authority
   **Periodic Garnishments**
   ☐ d. The garnishee is not obligated to make periodic payments to the defendant during the 91-day period.
   Reason: ☐ not employed.      ☐ other _____
   ☐ e. The garnishee is obligated to make periodic payments to the defendant during the 91-day period as follows.
   Payments are for      ☐ earnings. ☐ nonearnings _____
   Specify nature of payment (see instructions on other side)

   Payments are made   ☐ weekly.   ☐ biweekly.   ☐ semimonthly.   ☐ monthly.   ☐ other:_____
   frequency of payment

   A higher priority writ/order   ☐ is   ☐ is not   currently in effect. If a higher priority writ/order is in effect, complete the following.

   _____
   Name of court that issued higher priority writ/order      Case number      Date issued      Date served
   Withholding under this writ
   ☐ will begin immediately if sufficient funds are available.
   ☐ will not begin immediately because defendant is   ☐ laid off.  ☐ sick.  ☐ on leave.  ☐ other:_____
   specify

I declare that the statements above are true to the best of my information, knowledge, and belief.

__11/30/2010__
Date

_Thomas J Sullivan_
Garnishee/Agent/Attorney signature
Thomas J. Sullivan, Collections Clerk

**I certify that:**
on __11/30/2010__ I mailed or personally delivered the original of this disclosure to the court.
on __11/30/2010__ I mailed or personally delivered a copy of this disclosure to the plaintiff/attorney.
on __11/30/2010__ I mailed or personally delivered a copy of this disclosure to the defendant.

__11/30/2010__
Date

_Thomas J Sullivan_
Garnishee/Agent/Attorney signature

**DO NOT Include Your Payment With This Disclosure. See item 3 of the instructions for details.**

MC 14 (5/09) **GARNISHEE DISCLOSURE**                                    15 USC 1672, 15 USC 1673, MCR 3.101