*T.S.*

Approved, SCAO

| STATE OF MICHIGAN | | CASE NO. |
|---|---|---|
| JUDICIAL DISTRICT | GARNISHEE DISCLOSURE | 02-66238 |
| JUDICIAL CIRCUIT | | Adversary No. 03-4098 |

*FILED 2010 DEC 1 AM 10:50*

US Bankruptcy Court—Eastern

**Court address** District of MIchigan
211 West Fort Street, Detroit, Michigan 48226

*U.S. BANKRUPTCY COURT*
*E.D. MICHIGAN-DETROIT*

**Court telephone no.**
(313) 234-0068

**Plaintiff name, address, and telephone no. (judgment creditor)**
Associated Newspapers of Michigan, Inc., Eagle
Graphics, Inc., *and David Willett*

v

**Defendant name, address, and telephone no. (judgment debtor)**
Clare County Review
2141 E. Ludington Drive
Clare, Michigan 48617

**Plaintiff's attorney, bar no., address, and telephone no.**
*Donald R. Bachand (P45231)*
Garratt & Bachand, PC
74 W. Long Lake Road, Suite 200
Bloomfield Hills, Michigan 48304

**Garnishee name and address**
Jim Navarre Ford Lincoln Mercury
2051 West Monroe Road
Alma, Michigan 48801-9762

**SEE INSTRUCTIONS ON OTHER SIDE**

1. This disclosure is for a writ of garnishment issued on _11-22-10_ and received by garnishee on _11-23-10_

☒ a. The garnishee mailed or delivered a copy of the writ of garnishment to the defendant on _11-29-10_ .

☐ b. The garnishee was unable to mail or deliver a copy of the writ of garnishment to the defendant.

2. At the time of service of the writ:

**Nonperiodic Garnishments**

☐ a. The garnishee is not indebted to the defendant for any amount and does not possess or control the defendant's property, money, etc. Reason: _____

☒ b. The garnishee is indebted to the defendant for nonperiodic payments as follows: *Payable*
_INV # 43480_
Description of property, money, negotiable instruments, etc. under garnishee's control    Type of account and account number, if applicable
The amount to be withheld is $ _____ and does not exceed the amount stated in item 2 of the writ.

☐ c. Withholding is exempt because _____
State the exemption and legal authority

**Periodic Garnishments**

☐ d. The garnishee is not obligated to make periodic payments to the defendant during the 91-day period.
Reason: ☐ not employed.   ☐ other _____

☐ e. The garnishee is obligated to make periodic payments to the defendant during the 91-day period as follows:
Payments are for   ☐ earnings.   ☐ nonearnings. _____
Specify nature of payment (see instructions on other side)

Payments are made   ☐ weekly.   ☐ biweekly.   ☐ semimonthly.   ☐ monthly.   ☐ other: _____
frequency of payment

A higher priority writ/order ☐ is   ☐ is not   currently in effect. If a higher priority writ/order is in effect, complete the following.

| Name of court that issued higher priority writ/order | Case number | Date issued | Date served |
|---|---|---|---|

Withholding under this writ
☐ will begin immediately if sufficient funds are available.
☐ will not begin immediately because defendant is   ☐ laid off.   ☐ sick.   ☐ on leave.   ☐ other: _____
specify

I declare that the statements above are true to the best of my information, knowledge, and belief.

_11-29-10_
**Date**

_____
Garnishee/Agent/Attorney signature

I certify that:

on _____ I mailed or personally delivered the original of this disclosure to the court.
on _____ I mailed or personally delivered a copy of this disclosure to the plaintiff/attorney.
on _____ I mailed or personally delivered a copy of this disclosure to the defendant.

_____
**Date**

_____
Garnishee/Agent/Attorney signature

**DO NOT Include Your Payment With This Disclosure. See item 3 of the instructions for details.**

MC 14 (5/09)  **GARNISHEE DISCLOSURE**                    15 USC 1672, 15 USC 1673, MCR 3.101

03-04098-mbm    Doc 145    Filed 12/01/10    Entered 12/02/10 14:19:48    Page 1 of 2

You do not need to use this calculation sheet. If you do, it does not need to be filed with the court or provided to the defendant and plaintiff. However, you must maintain some type of record of your payment calculations and make it available for review by the plaintiff, defendant, or court upon request.

## GARNISHEE CALCULATION SHEET FOR EARNINGS

1. The employer's current payday is _____ . The principal defendant's gross earnings

    from the employer that were earned for this pay period are:          $ _____

2. Deductions required by law to be withheld from gross earnings shown on line 1:

    a. Federal withholding tax (for income tax)          $ _____

    b. State withholding tax (for income tax)          $ _____

    c. Employee portion of social security tax          $ _____

    d. Employee portion of medicare tax          $ _____

    e. City withholding tax (for income tax)          $ _____

    f. Public employee retirement when required by law          $ __0.00_____

    g. Total (add lines 2a through 2f)          $ __0.00_____

3. **Disposable earnings** (subtract line 2g from line 1)          $ __0.00_____

4. Test I for amount available for garnishment (25% of line 3):          $ __0.00_____
    (this percentage does not apply to garnishments for support of a person)

5. Test II for amount available for garnishment (disposable earnings minus
    federal minimum wage multiplied by appropriate multiple for normal pay period):
    a. Locate the appropriate figure from the chart below and insert here    $ _____
    b. Subtract amount on line 5a from amount on line 3. Insert amount here.    $ __0.00_____
       If the amount is less than zero, enter -0-.

6. *Maximum* amount subject to garnishment (line 4 or 5b, whichever is less)    $ _____

7. Amounts withheld from disposable earnings (see line 3) pursuant to orders
    with priority:
    a. Orders of bankruptcy court          $ _____

    b. Orders for past due federal or state taxes          $ _____

    c. Income withholding for support of any person          $ _____

    d. Other general garnishments served prior to this writ          $ _____

    e. Total of all priority amounts withheld (add lines 7a through 7d)    $ __0.00_____

8. Amount subject to garnishment under this writ (subtract line 7e from line 6)    $ __0.00_____

9. **Amount to be withheld in response to this writ** (line 8 above or line 2    $ _____
    on the request and writ for garnishment, whichever is less)

| Chart * | | |
|---|---|---|
| Test II for Amount Available for Garnishment Beginning: | July 24, 2008 | July 24, 2009 |
| Weekly (or more frequently) pay period | $196.50 | $217.50 |
| Biweekly pay period | $393.00 | $435.00 |
| Semimonthly pay period | $425.75 | $471.25 |
| Monthly pay period | $851.50 | $942.50 |
| *Training wage: for person aged 16 to 19 on their first job, use 85% of the above figures. | | |

REV. (5/09)