

Approved, SCAO

Original - Court
1st copy - Plaintiff
2nd copy - Garnishee
3rd copy - Defendant

| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>US Bankruptcy Court-Eastern District of Michigan | GARNISHEE DISCLOSURE | CASE NO.<br>02-66238<br>Adversary No. 03-4098 |
|---|---|---|
| Court address<br>211 West Fort Street, Detroit, Michigan 48226 | | Court telephone no.<br>(313) 234-0068 |

| Plaintiff name, address, and telephone no. (judgment creditor)<br>Associated Newspapers of Michigan, Inc., Eagle Graphics, Inc., and David Willett | v | Defendant name, address, and telephone no. (judgment debtor)<br>Clare County Review<br>2141 E. Ludington Drive<br>Clare, Michigan 48617 |
|---|---|---|
| Plaintiff's attorney, bar no., address, and telephone no.<br>Donald R. Bachand (P45231)<br>Garratt & Bachand, PC<br>74 W. Long Lake Road, Suite 200<br>Bloomfield Hills, Michigan 48304 | | Garnishee name and address<br>Gateway Chrysler<br>624 West 5th Street<br>Clare, Michigan 48617-9481 |

FILED (I) 2010 DEC -3 A 10:53 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT

SEE INSTRUCTIONS ON OTHER SIDE

1. This disclosure is for a writ of garnishment issued on __11-22-10__ and received by garnishee on __11-26-10__.
   ☑ a. The garnishee mailed or delivered a copy of the writ of garnishment to the defendant on __11-30-10__.
   ☐ b. The garnishee was unable to mail or deliver a copy of the writ of garnishment to the defendant.

2. At the time of service of the writ:
   **Nonperiodic Garnishments**
   ☐ a. The garnishee is not indebted to the defendant for any amount and does not possess or control the defendant's property, money, etc. Reason:_____
   ☑ b. The garnishee is indebted to the defendant for nonperiodic payments as follows:
   __Payment for advertising__
   Description of property, money, negotiable instruments, etc. under garnishee's control    Type of account and account number, if applicable
   The amount to be withheld is $ _____ and does not exceed the amount stated in item 2 of the writ.
   ☐ c. Withholding is exempt because_____
   State the exemption and legal authority
   **Periodic Garnishments**
   ☐ d. The garnishee is not obligated to make periodic payments to the defendant during the 91-day period.
   Reason: ☐ not employed.  ☐ other _____
   ☐ e. The garnishee is obligated to make periodic payments to the defendant during the 91-day period as follows.
   Payments are for  ☐ earnings.  ☐ nonearnings _____
   Specify nature of payment (see instructions on other side)
   Payments are made  ☐ weekly.  ☐ biweekly.  ☐ semimonthly.  ☐ monthly.  ☑ other: __As Billed__
   frequency of payment

   A higher priority writ/order  ☐ is  ☐ is not  currently in effect. If a higher priority writ/order is in effect, complete the following.

   | Name of court that issued higher priority writ/order | Case number | Date issued | Date served |
   |---|---|---|---|

   Withholding under this writ
   ☑ will begin immediately if sufficient funds are available.
   ☐ will not begin immediately because defendant is  ☐ laid off.  ☐ sick.  ☐ on leave.  ☐ other:_____
   specify

I declare that the statements above are true to the best of my information, knowledge, and belief.

__11-30-10__                                     __C Sherman__
Date                                              Garnishee/Agent/Attorney signature

I certify that:
on __11-30-10__ I mailed or personally delivered the original of this disclosure to the court.
on __11-30-10__ I mailed or personally delivered a copy of this disclosure to the plaintiff/attorney.
on __11-30-10__ I mailed or personally delivered a copy of this disclosure to the defendant.

__11-30-10__                                     __C Sherman__
Date                                              Garnishee/Agent/Attorney signature

**DO NOT include Your Payment With This Disclosure. See item 3 of the instructions for details.**

MC 14 (5/09) **GARNISHEE DISCLOSURE**                           15 USC 1672, 15 USC 1673, MCR 3.101