KCM

| STATE OF MICHIGAN<br>___ JUDICIAL DISTRICT<br>___ JUDICIAL CIRCUIT<br>US Bankruptcy Court-Eastern<br>Court address District of Michigan<br>211 West Fort Street, Detroit, Michigan 48226 | GARNISHEE DISCLOSURE | CASE NO.<br>02-66238<br>Adversary No. 03-4098<br>Court telephone no.<br>(313) 234-0068 |

**Plaintiff name, address, and telephone no. (judgment creditor)**
Associated Newspapers of Michigan, Inc., Eagle Graphics, Inc., and David Willett

v

**Defendant name, address, and telephone no. (judgment debtor)**
Clare County Review
2141 E. Ludington Drive
Clare, Michigan 48617

**Plaintiff's attorney, bar no., address, and telephone no.**
Donald R. Bachand (P45231)
Garratt & Bachand, PC
74 W. Long Lake Road, Suite 200
Bloomfield Hills, Michigan 48304

**Garnishee name and address**
Mid Michigan Community College
1375 South Clare Avenue
Harrison, Michigan 48617

FILED 2010 DEC -6 AM 11:08 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT

SEE INSTRUCTIONS ON OTHER SIDE

1. This disclosure is for a writ of garnishment issued on 11\18\10 and received by garnishee on 11\30\10.
   ☒ a. The garnishee mailed or delivered a copy of the writ of garnishment to the defendant on 12\2\10.
   ☐ b. The garnishee was unable to mail or deliver a copy of the writ of garnishment to the defendant.
2. At the time of service of the writ:
   **Nonperiodic Garnishments**
   ☒ a. The garnishee is not indebted to the defendant for any amount and does not possess or control the defendant's property, money, etc. Reason: _____
   ☐ b. The garnishee is indebted to the defendant for nonperiodic payments as follows:

   Description of property, money, negotiable instruments, etc. under garnishee's control | Type of account and account number, if applicable
   
   The amount to be withheld is $ _____ and does not exceed the amount stated in item 2 of the writ.
   ☐ c. Withholding is exempt because _____
   State the exemption and legal authority
   
   **Periodic Garnishments**
   ☐ d. The garnishee is not obligated to make periodic payments to the defendant during the 91-day period.
   Reason: ☐ not employed. ☐ other _____
   ☐ e. The garnishee is obligated to make periodic payments to the defendant during the 91-day period as follows.
   Payments are for ☐ earnings. ☐ nonearnings _____
   Specify nature of payment (see instructions on other side)
   Payments are made ☐ weekly. ☐ biweekly. ☐ semimonthly. ☐ monthly. ☐ other: _____
   frequency of payment
   
   A higher priority writ/order ☐ is ☐ is not currently in effect. If a higher priority writ/order is in effect, complete the following.
   
   Name of court that issued higher priority writ/order | Case number | Date issued | Date served
   
   Withholding under this writ
   ☐ will begin immediately if sufficient funds are available.
   ☐ will not begin immediately because defendant is ☐ laid off. ☐ sick. ☐ on leave. ☐ other: _____
   specify

I declare that the statements above are true to the best of my information, knowledge, and belief.

12\2\10 _____ Martha Budd / agent
Date                                Garnishee/Agent/Attorney signature

I certify that:
on 12\2\10 _____ I mailed or personally delivered the original of this disclosure to the court.
on 12\2\10 _____ I mailed or personally delivered a copy of this disclosure to the plaintiff/attorney.
on 12\2\10 _____ I mailed or personally delivered a copy of this disclosure to the defendant.

12\2\10 _____ Martha Budd / agent
Date                                Garnishee/Agent/Attorney signature

**DO NOT Include Your Payment With This Disclosure. See item 3 of the instructions for details.**

MC 14 (5/09) GARNISHEE DISCLOSURE                            15 USC 1672, 15 USC 1673, MCR 3.101