KMR

Approved, SCAO

| | | Original - Court<br>1st copy - Plaintiff<br>2nd copy - Garnishee<br>3rd copy - Defendant |
|---|---|---|
| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>US Bankruptcy Court-Eastern | GARNISHEE DISCLOSURE | CASE NO.<br>02-66238<br>Adversary No. 03-4098 |

Court address District of Michigan
211 West Fort Street, Detroit, Michigan 48226

Court telephone no. (313) 234-0068

**Plaintiff name, address, and telephone no. (judgment creditor)**
Associated Newspapers of Michigan, Inc., Eagle Graphics, Inc., and David Willett

v

**Defendant name, address, and telephone no. (judgment debtor)**
Richard Michael Wilcox
2141 E. Ludington Drive
Clare, Michigan 48617

**Plaintiff's attorney, bar no., address, and telephone no.**
Donald R. Bachand (P45231)
Garratt & Bachand, PC
74 W. Long Lake Road, Suite 200
Bloomfield Hills, Michigan 48304

**Garnishee name and address**
M. Wilcox Ventures, LLC
2141 E. Ludington Drive
Clare, Michigan 48617

SEE INSTRUCTIONS ON OTHER SIDE

1. This disclosure is for a writ of garnishment issued on __11-22-10__ and received by garnishee on __11-29-10__.
   ☐ a. The garnishee mailed or delivered a copy of the writ of garnishment to the defendant on _____.
   ☐ b. The garnishee was unable to mail or deliver a copy of the writ of garnishment to the defendant.
2. At the time of service of the writ:
   **Nonperiodic Garnishments**
   ☒ a. The garnishee is not indebted to the defendant for any amount and does not possess or control the defendant's property, money, etc. Reason:_____
   ☐ b. The garnishee is indebted to the defendant for nonperiodic payments as follows:

   _____  _____
   Description of property, money, negotiable instruments, etc. under garnishee's control    Type of account and account number, if applicable
   The amount to be withheld is $ _____ and does not exceed the amount stated in item 2 of the writ.
   ☐ c. Withholding is exempt because_____
   State the exemption and legal authority
   **Periodic Garnishments**
   ☐ d. The garnishee is not obligated to make periodic payments to the defendant during the 91-day period.
   Reason: ☐ not employed.  ☐ other _____
   ☐ e. The garnishee is obligated to make periodic payments to the defendant during the 91-day period as follows:
   Payments are for  ☐ earnings.  ☐ nonearnings _____
   Specify nature of payment (see instructions on other side)
   Payments are made  ☐ weekly.  ☐ biweekly.  ☐ semimonthly.  ☐ monthly.  ☐ other: _____
   frequency of payment

   __A higher priority writ/order__  ☐ is  ☐ is not  currently in effect. If a higher priority writ/order is in effect, complete the following.

   | Name of court that issued higher priority writ/order | Case number | Date issued | Date served |
   |---|---|---|---|
   | | | | |

   Withholding under this writ
   ☐ will begin immediately if sufficient funds are available.
   ☐ will not begin immediately because defendant is  ☐ laid off.  ☐ sick.  ☐ on leave.  ☐ other: _____
   specify

I declare that the statements above are true to the best of my information, knowledge, and belief.

__12/6/10__    __R M Wilcox__
Date           Garnishee/Agent/Attorney signature

I certify that:
on __12-6-10__ I mailed or personally delivered the original of this disclosure to the court.
on __12-6-10__ I mailed or personally delivered a copy of this disclosure to the plaintiff/attorney.
on __12-6-10__ I mailed or personally delivered a copy of this disclosure to the defendant.

__12-6-10__    __R M Wilcox__
Date           Garnishee/Agent/Attorney signature

**DO NOT Include Your Payment With This Disclosure. See item 3 of the instructions for details.**

MC 14 (5/09) GARNISHEE DISCLOSURE    15 USC 1672, 15 USC 1673, MCR 3.101

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT
2010 DEC -9 AM 11:12
FILED

Approved, SCAO

Original - Court (Part 1)
1st copy - Garnishee (Part 2)
2nd copy - Defendant (Part 2)

3rd copy - Return (proof of service) (Part 1)
4th copy - Plaintiff/Attorney (proof) (Part 2)

| STATE OF MICHIGAN<br>____ JUDICIAL DISTRICT<br>____ JUDICIAL CIRCUIT | REQUEST AND WRIT FOR GARNISHMENT<br>(NONPERIODIC) | CASE NO.<br>02-66238<br>Adversary No. 03-4098 |
|---|---|---|

Court address US Bankruptcy Court-Eastern District of Michigan
211 West Fort Street, Detroit, Michigan 48226

Zip code

Court telephone no.
(313) 234-0068

| Plaintiff name and address (judgment creditor)<br>Associated Newspapers of Michigan, Inc., Eagle Graphics, Inc., and David Willett | v | Defendant name and address (judgment debtor)<br>Richard Michael Wilcox<br>2141 E. Ludington Drive<br>Clare, Michigan 48617 |
|---|---|---|
| Plaintiff's attorney, bar no., and address<br>Donald R. Bachand (P45231)<br>74 West Long Lake Road, Suite 200<br>Bloomfield Hills, MI 48304 | | Social security no. / Account no. |
| Telephone no.<br>(248) 645-1450 | | Garnishee name and address<br>M. Wilcox Ventures, LLC<br>2141 E. Ludington Drive<br>Clare, Michigan 48617 |

**REQUEST** | See instructions for item 2 on other side.

1. Plaintiff received judgment against defendant for $ 154,000.00 on November 26, 2007.
2. The total amount of judgment interest accrued to date is $ 32,074.19. The total amount of postjudgment costs accrued to date is $ 0.00. The total amount of postjudgment payments and credits made to date is $ 0.00. The **amount of the unsatisfied judgment now due (including interest and costs) is** $ 186,074.19.
3. Plaintiff knows or with good reason believes the garnishee is indebted to or possesses or controls property belonging to defendant.
4. **Plaintiff requests** a writ of nonperiodic garnishment.

I declare that the statements above are true to the best of my information, knowledge, and belief.

11/18/2010
Date

Plaintiff/Agent/Attorney signature

**WRIT OF GARNISHMENT** | To be completed by the court. See other side for additional information and instructions.

**TO THE PLAINTIFF:** You must provide all copies of the disclosure form (MC 14), two copies of this writ for serving on the garnishee, and $1.00 disclosure fee. You are responsible for having these documents served on the garnishee within 91 days. If the disclosure states that the garnishee holds property **other than money** belonging to the defendant, you must motion the court within 56 days after the disclosure is filed for an order to apply the property toward the judgment. NOTE: The social security number field is blacked out on the court copies for security reasons, but will appear on the garnishee, defendant, and plaintiff copies.

**TO THE DEFENDANT:**
1. Do not dispose of any negotiable instrument representing a debt of the garnishee or any negotiable instrument of title representing property in which you claim an interest held in the possession or control of the garnishee.
2. You have **14 days** after this writ is mailed or delivered to you to file objections with the court. If you do not take this action within this time, without further notice, the property or debt held under this writ may be applied to the judgment **28 days** after this writ was mailed or delivered to the garnishee.

**TO THE GARNISHEE:**
1. Within **7 days** after you are served with this writ, you must deliver a copy of this writ to the defendant in person or mail a copy to his or her last-known address by first-class mail.
2. Deliver no tangible or intangible property and pay no obligation to the defendant unless allowed by statute or court rule.
3. Within **14 days** after you are served with this writ, you must deliver or mail copies of your verified disclosure (form MC 14) to the court, plaintiff/attorney, and defendant. A default may be entered against you for failure to comply with this order.
4. If indebted to the defendant, you must withhold an amount not to exceed the amount of the judgment stated in item 2 of the request. Payment of withheld funds must be made **28 days** after you are served with this writ unless notified that an objection has been filed.

You are ordered to make the payment withheld under this writ payable to
☑ the plaintiff  ☐ the plaintiff's attorney  ☐ the court
and mail it to: ☐ the plaintiff.  ☑ the plaintiff's attorney  ☐ the court.

5. If you hold property other than money belonging to the defendant, do not transfer it until further order of the court.

11-30-2010
Date of issue | Expiration date for service | Deputy court clerk