| STATE OF MICHIGAN JUDICIAL DISTRICT JUDICIAL CIRCUIT US Bankruptcy Court-Eastern Court address District of Michigan | GARNISHEE DISCLOSURE | CASE NO. 02-66238 Adversary No. 03-4098 |
|---|---|---|

211 West Fort Street, Detroit, Michigan 48226                    Court telephone no. (313) 234-0068

| Plaintiff name, address, and telephone no. (judgment creditor) Associated Newspapers of Michigan, Inc., Eagle Graphics, Inc., and David Willett | v | Defendant name, address, and telephone no. (judgment debtor) Clare County Review 2141 E. Ludington Drive Clare, Michigan 48617 |
|---|---|---|
| Plaintiff's attorney, bar no., address, and telephone no. Donald R. Bachand (P45231) Garratt & Bachand, PC 74 W. Long Lake Road, Suite 200 Bloomfield Hills, Michigan 48304 | | Garnishee name and address Mid Michigan Medical Center-Clare 703 South McEwan Street Clare, Michigan 48617 |

SEE INSTRUCTIONS ON OTHER SIDE

1. This disclosure is for a writ of garnishment issued on __11/22/10__ and received by garnishee on __12/01/10__.
   ☐ a. The garnishee mailed or delivered a copy of the writ of garnishment to the defendant on _____.
   ☐ b. The garnishee was unable to mail or deliver a copy of the writ of garnishment to the defendant.
2. At the time of service of the writ:
   **Nonperiodic Garnishments**
   ☐ a. The garnishee is not indebted to the defendant for any amount and does not possess or control the defendant's property, money, etc. Reason:_____
   ☒ b. The garnishee is indebted to the defendant for nonperiodic payments as follows:
   _Advertisements - payment is not regular_
   Description of property, money, negotiable instruments, etc. under garnishee's control    Type of account and account number, if applicable
   The amount to be withheld is $ _____ and does not exceed the amount stated in item 2 of the writ.
   ☐ c. Withholding is exempt because_____
   State the exemption and legal authority
   **Periodic Garnishments**
   ☐ d. The garnishee is not obligated to make periodic payments to the defendant during the 91-day period.
   Reason:  ☐ not employed.   ☐ other _____
   ☐ e. The garnishee is obligated to make periodic payments to the defendant during the 91-day period as follows.
   Payments are for   ☐ earnings.  ☐ nonearnings _____
   Specify nature of payment (see instructions on other side)
   Payments are made  ☐ weekly.  ☐ biweekly.  ☐ semimonthly.  ☐ monthly.  ☐ other _____
   frequency of payment
   A higher priority writ/order  ☐ is  ☐ is not  currently in effect. If a higher priority writ/order is in effect, complete the following.

   Name of court that issued higher priority writ/order    Case number    Date issued    Date served
   Withholding under this writ
   ☐ will begin immediately if sufficient funds are available.
   ☐ will not begin immediately because defendant is  ☐ laid off.  ☐ sick.  ☐ on leave.  ☐ other _____ specify.

I declare that the statements above are true to the best of my information, knowledge, and belief.

__12/6/10__                                    _Sandra Postal_
Date                                            Garnishee/Agent/Attorney signature

I certify that:
on __12/6/10__ I mailed or personally delivered the original of this disclosure to the court.
on __12/6/10__ I mailed or personally delivered a copy of this disclosure to the plaintiff/attorney.
on __12/6/10__ I mailed or personally delivered a copy of this disclosure to the defendant.

__12/6/10__                                    _Sandra Postal_
Date                                            Garnishee/Agent/Attorney signature

**DO NOT Include Your Payment With This Disclosure. See item 3 of the instructions for details.**

MC 14 (5/09) GARNISHEE DISCLOSURE                                    15 USC 1672, 15 USC 1673, MCR 3.101