

Approved, SCAO

Original - Court
1st copy - Plaintiff
2nd copy - Garnishee
3rd copy - Defendant

| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT | GARNISHEE DISCLOSURE | CASE NO.<br>02-66238<br>Adversary No. 03-4098 |
|---|---|---|

Court address US Bankruptcy Court–Eastern District of Michigan
211 West Fort Street, Detroit, Michigan 48226

Court telephone no. (313) 234-0068

| Plaintiff name, address, and telephone no. (judgment creditor)<br>Associated Newspapers of Michigan, Inc., Eagle Graphics, Inc., and David Willett | v | Defendant name, address, and telephone no. (judgment debtor)<br>Clare County Review<br>2141 E. Ludington Drive<br>Clare, Michigan 48617 |
|---|---|---|
| Plaintiff's attorney, bar no., address, and telephone no.<br>Donald R. Bachand (P45231)<br>Garratt & Bachand, PC<br>74 W. Long Lake Road, Suite 200<br>Bloomfield Hills, Michigan 48304 | | Garnishee name and address<br>Chemical Bank<br>625 West 5th Street<br>Clare, Michigan 48617 |

SEE INSTRUCTIONS ON OTHER SIDE

1. This disclosure is for a writ of garnishment issued on __11/22/10__ and received by garnishee on __12/3/10__.
   ☒ a. The garnishee mailed or delivered a copy of the writ of garnishment to the defendant on __12/7/10__.
   ☐ b. The garnishee was unable to mail or deliver a copy of the writ of garnishment to the defendant.
2. At the time of service of the writ:
   **Nonperiodic Garnishments**
   ☒ a. The garnishee is not indebted to the defendant for any amount and does not possess or control the defendant's property, money, etc. Reason: NON-SUFFICIENT FUNDS
   ☐ b. The garnishee is indebted to the defendant for nonperiodic payments as follows:

   Description of property, money, negotiable instruments, etc. under garnishee's control    Type of account and account number, if applicable
   The amount to be withheld is $ _____ and does not exceed the amount stated in item 2 of the writ.
   ☐ c. Withholding is exempt because _____.
   State the exemption and legal authority
   **Periodic Garnishments**
   ☐ d. The garnishee is not obligated to make periodic payments to the defendant during the 91-day period.
      Reason:  ☐ not employed.  ☐ other _____
   ☐ e. The garnishee is obligated to make periodic payments to the defendant during the 91-day period as follows.
      Payments are for  ☐ earnings.  ☐ nonearnings _____
      Specify nature of payment (see instructions on other side)
      Payments are made  ☐ weekly.  ☐ biweekly.  ☐ semimonthly.  ☐ monthly.  ☐ other _____
      frequency of payment
      A higher priority writ/order  ☐ is  ☐ is not  currently in effect. If a higher priority writ/order is in effect, complete the following.

   _____    _____    _____    _____
   Name of court that issued higher priority writ/order    Case number    Date issued    Date served
   Withholding under this writ
   ☐ will begin immediately if sufficient funds are available.
   ☐ will not begin immediately because defendant is  ☐ laid off.  ☐ sick.  ☐ on leave.  ☐ other _____
   specify

I declare that the statements above are true to the best of my information, knowledge, and belief.

__12/7/10__
Date

Garnishee/Agent/Attorney signature

I certify that:
ASHLIE K GARNISHMENT CLERK (989) 839 5321
on ~~12/7/10~~ _____ I mailed or personally delivered the original of this disclosure to the court.
on ~~12/7/10~~ _____ I mailed or personally delivered a copy of this disclosure to the plaintiff/attorney.
on ~~12/7/10~~ _____ I mailed or personally delivered a copy of this disclosure to the defendant.

__12/7/10__
Date

Garnishee/Agent/Attorney signature

**DO NOT Include Your Payment With This Disclosure. See item 3 of the instructions for details.**

MC 14 (5/09) GARNISHEE DISCLOSURE                    15 USC 1672, 15 USC 1673, MCR 3.101

03-04098-mbm    Doc 152    Filed 12/09/10    Entered 12/10/10 14:31:01    Page 1 of 1