

Approved, SCAO

| Original - Court |
| 1st copy - Plaintiff |
| 2nd copy - Garnishee |
| 3rd copy - Defendant |

**STATE OF MICHIGAN**
**JUDICIAL DISTRICT**
**JUDICIAL CIRCUIT**
US Bankruptcy Court-Eastern
Court address District of Michigan
211 West Fort Street, Detroit, Michigan 48226

**GARNISHEE DISCLOSURE**
**FILED (I)**
2010 DEC 10 A 11:00
U.S. BANKRUPTCY COURT
E.D. MICHIGAN - DETROIT

**CASE NO.**
02-66238
Adversary No. 03-4098

Court telephone no.
(313) 234-0068

Plaintiff name, address, and telephone no. (judgment creditor)
Associated Newspapers of Michigan, Inc., Eagle Graphics, Inc., and David Willett

v

Defendant name, address, and telephone no. (judgment debtor)
Clare County Review
214 E. Ludington Drive
Clare, Michigan 48617

Plaintiff's attorney, bar no., address, and telephone no.
Donald R. Bachand (P45231)
Garratt & Bachand, PC
74 W. Long Lake Road, Suite 200
Bloomfield Hills, Michigan 48304

Garnishee name and address
Ace Hardware
10316 South Clare Avenue
Clare, Michigan 48617-9733

SEE INSTRUCTIONS ON OTHER SIDE

1. This disclosure is for a writ of garnishment issued on __11-22-10__ and received by garnishee on __11-27-10__.
   ☑ a. The garnishee mailed or delivered a copy of the writ of garnishment to the defendant on __12-1-10__.
   ☐ b. The garnishee was unable to mail or deliver a copy of the writ of garnishment to the defendant.
2. At the time of service of the writ:
   **Nonperiodic Garnishments**
   ☑ a. The garnishee is not indebted to the defendant for any amount and does not possess or control the defendant's property, money, etc. Reason: _____
   ☐ b. The garnishee is indebted to the defendant for nonperiodic payments as follows:

   Description of property, money, negotiable instruments, etc. under garnishee's control / Type of account and account number, if applicable
   The amount to be withheld is $ _____ and does not exceed the amount stated in item 2 of the writ.
   ☐ c. Withholding is exempt because_____
   State the exemption and legal authority
   **Periodic Garnishments**
   ☐ d. The garnishee is not obligated to make periodic payments to the defendant during the 91-day period.
   Reason: ☐ not employed. ☐ other _____
   ☐ e. The garnishee is obligated to make periodic payments to the defendant during the 91-day period as follows.
   Payments are for ☐ earnings. ☐ nonearnings _____
   Specify nature of payment (see instructions on other side)
   Payments are made ☐ weekly. ☐ biweekly. ☐ semimonthly. ☐ monthly. ☐ other: _____
   frequency of payment
   A higher priority writ/order ☐ is ☐ is not currently in effect. If a higher priority writ/order is in effect, complete the following.
   Name of court that issued higher priority writ/order / Case number / Date issued / Date served
   Withholding under this writ
   ☐ will begin immediately if sufficient funds are available.
   ☐ will not begin immediately because defendant is ☐ laid off. ☐ sick. ☐ on leave. ☐ other: _____
   specify

I declare that the statements above are true to the best of my information, knowledge, and belief.

__12/6/10__
Date

_Shawn A Nichols V.P._
Garnishee/Agent/Attorney signature

I certify that:
on __12/6/10__ I mailed or personally delivered the original of this disclosure to the court.
on _____ I mailed or personally delivered a copy of this disclosure to the plaintiff/attorney.
on _____ I mailed or personally delivered a copy of this disclosure to the defendant.

Date _____

Garnishee/Agent/Attorney signature

**DO NOT Include Your Payment With This Disclosure.** See item 3 of the instructions for details.

MC 14 (5/09) GARNISHEE DISCLOSURE
15 USC 1672, 15 USC 1673, MCR 3.101

03-04098-mbm    Doc 153    Filed 12/10/10    Entered 12/13/10 09:32:54    Page 1 of 1