Approved, SCAO

Original - Court
1st copy - Plaintiff
2nd copy - Garnishee
3rd copy - Defendant

| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT | GARNISHEE DISCLOSURE | CASE NO.<br>02-66238<br>Adversary No. 03-4098 |
|---|---|---|

Court address US BAnkruptcy Court-Eastern District of Michigan
211 West Fort Street, Detroit, Michigan 48226

Court telephone no. (313) 234-0068

| Plaintiff name, address, and telephone no. (judgment creditor)<br>Associated Newspapers of Michigan, Inc., Eagle Graphics, Inc., and David Willett | v | Defendant name, address, and telephone no. (judgment debtor)<br>Clare County Review<br>2141 E. Ludington Drive<br>Clare, Michigan 48617 |
|---|---|---|
| Plaintiff's attorney, bar no., address, and telephone no.<br>Donald R. Bachand (P45231)<br>Garratt & Bachand, PC<br>74 W. Long Lake Road, Suite 200<br>Bloomfield Hills, Michigan 48304 | | Garnishee name and address<br>Tendercare of Clare<br>600 Southeast 4th Street<br>Clare, Michigan 48617-9201 |

SEE INSTRUCTIONS ON OTHER SIDE

1. This disclosure is for a writ of garnishment issued on 11/22/10 and received by garnishee on 12/6/10.
   - ☐ a. The garnishee mailed or delivered a copy of the writ of garnishment to the defendant on _____.
   - ☐ b. The garnishee was unable to mail or deliver a copy of the writ of garnishment to the defendant.

2. At the time of service of the writ:

**Nonperiodic Garnishments**
- ☑ a. The garnishee is not indebted to the defendant for any amount and does not possess or control the defendant's property, money, etc. Reason: _Garnishee has already paid defendant in full for services rendered & there_
- ☐ b. The garnishee is indebted to the defendant for nonperiodic payments as follows: _is no ongoing relationship._

Description of property, money, negotiable instruments, etc. under garnishee's control  Type of account and account number, if applicable
The amount to be withheld is $ _____ and does not exceed the amount stated in item 2 of the writ.
- ☐ c. Withholding is exempt because _____ State the exemption and legal authority

**Periodic Garnishments**
- ☑ d. The garnishee is not obligated to make periodic payments to the defendant during the 91-day period.
   Reason: ☑ not employed.  ☐ other _____
- ☐ e. The garnishee is obligated to make periodic payments to the defendant during the 91-day period as follows.
   Payments are for  ☐ earnings.  ☐ nonearnings _____ Specify nature of payment (see instructions on other side)
   Payments are made  ☐ weekly.  ☐ biweekly.  ☐ semimonthly.  ☐ monthly.  ☐ other: _____ frequency of payment

A higher priority writ/order  ☐ is  ☐ is not  currently in effect. If a higher priority writ/order is in effect, complete the following.

| Name of court that issued higher priority writ/order | Case number | Date issued | Date served |
|---|---|---|---|

Withholding under this writ
- ☐ will begin immediately if sufficient funds are available.
- ☐ will not begin immediately because defendant is  ☐ laid off.  ☐ sick.  ☐ on leave.  ☐ other: _____ specify

I declare that the statements above are true to the best of my information, knowledge, and belief.

12/6/10
Date

Garnishee/Agent/Attorney signature
David Pearce, General Counsel

I certify that:
- on 12/9/10 _____ I mailed or personally delivered the original of this disclosure to the court.
- on 12/9/10 _____ I mailed or personally delivered a copy of this disclosure to the plaintiff/attorney.
- on 12/9/10 _____ I mailed or personally delivered a copy of this disclosure to the defendant.

12/9/2010
Date

Garnishee/Agent/Attorney signature

**DO NOT Include Your Payment With This Disclosure. See item 3 of the instructions for details.**

MC 14 (5/09) GARNISHEE DISCLOSURE                    15 USC 1672, 15 USC 1673, MCR 3.101

03-04098-mbm   Doc 154   Filed 12/13/10   Entered 12/13/10 15:09:53   Page 1 of 1