| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT | GARNISHEE DISCLOSURE | CASE NO.<br>02-66238<br>Adversary No. 03-4098 |
|---|---|---|

US Bankruptcy Court-Eastern

Court address District of Michigan
211 West Fort Street, Detroit, Michigan 48226

Court telephone no.
(313) 234-0068

| Plaintiff name, address, and telephone no. (judgment creditor)<br>Associated Newspapers of Michigan, Inc., Eagle Graphics, Inc., and David Willett | v | Defendant name, address, and telephone no. (judgment debtor)<br>Clare County Review<br>2141 E. Ludington Drive<br>Clare, Michigan 48617 |
|---|---|---|
| Plaintiff's attorney, bar no., address, and telephone no.<br>Donald R. Bachand (P45231)<br>Garratt & Bachand, PC<br>74 W. Long Lake Road, Suite 200<br>Bloomfield Hills, Michigan 48304 | | Garnishee name and address<br>Central Michigan Community Hospital<br>1221 South Drive<br>Mount Pleasant, Michigan 48858-3257 |

**SEE INSTRUCTIONS ON OTHER SIDE**

1. This disclosure is for a writ of garnishment issued on __11/22/10__ and received by garnishee on __11/29/10__.
   - ☐ a. The garnishee mailed or delivered a copy of the writ of garnishment to the defendant on __12/1/10__.
   - ☐ b. The garnishee was unable to mail or deliver a copy of the writ of garnishment to the defendant.
2. At the time of service of the writ:

**Nonperiodic Garnishments**
- ☐ a. The garnishee is not indebted to the defendant for any amount and does not possess or control the defendant's property, money, etc. Reason: _____
- ☐ b. The garnishee is indebted to the defendant for nonperiodic payments as follows:

_____
Description of property, money, negotiable instruments, etc. under garnishee's control     Type of account and account number, if applicable
The amount to be withheld is $ _____ and does not exceed the amount stated in item 2 of the writ.
- ☐ c. Withholding is exempt because _____
State the exemption and legal authority

**Periodic Garnishments**
- ☐ d. The garnishee is not obligated to make periodic payments to the defendant during the 91-day period.
   Reason: ☐ not employed. ☐ other _____
- ☐ e. The garnishee is obligated to make periodic payments to the defendant during the 91-day period as follows.
   Payments are for ☐ earnings. ☑ nonearnings __Services rendered__
   Specify nature of payment (see instructions on other side)
   Payments are made ☐ weekly. ☐ biweekly. ☐ semimonthly. ☐ monthly. ☑ other: __when an ad is ran__
   frequency of payment

A higher priority writ/order ☐ is ☐ is not currently in effect. If a higher priority writ/order is in effect, complete the following.

| Name of court that issued higher priority writ/order | Case number | Date issued | Date served |
|---|---|---|---|

Withholding under this writ
☐ will begin immediately if sufficient funds are available.
☐ will not begin immediately because defendant is ☐ laid off. ☐ sick. ☐ on leave. ☐ other: _____
specify

I declare that the statements above are true to the best of my information, knowledge, and belief.

__12/14/10__       __Mary Pasch__
Date               Garnishee/Agent/Attorney signature

I certify that:
on __12/14/10__ I mailed or personally delivered the original of this disclosure to the court.
on __12/14/10__ I mailed or personally delivered a copy of this disclosure to the plaintiff/attorney.
on __12/14/10__ I mailed or personally delivered a copy of this disclosure to the defendant.

__12/14/10__       __Mary Pasch__
Date               Garnishee/Agent/Attorney signature

RECEIVED NOV 29 2010 GENERAL ACCOUNTING

**DO NOT Include Your Payment With This Disclosure. See item 3 of the instructions for details.**

MC 14 (5/09) GARNISHEE DISCLOSURE                      15 USC 1672, 15 USC 1673, MCR 3.101

# GARNISHEE INSTRUCTIONS

**Definitions:**
- Periodic payments include wages, earnings, commissions, land contract payments, rent, and other periodic debt or contract payments that are paid to the principal defendant on a periodic basis.
- Nonperiodic payments include bank accounts, other property, money, goods, chattels, credits, negotiable instruments or effects, or earnings in the form of bonuses that are not paid to the principal defendant on a periodic basis. The rest of these intructions do not apply to garnishment of property, which needs to be sold before it can be applied to the judgment.

**Responsibility to Disclose:**
Within 14 days after being served with the writ of garnishment you must deliver or mail copies of this completed disclosure to the court, plaintiff's attorney (or plaintiff, if no attorney), and defendant. No further disclosures are required.

**Withholding Instructions:**
1. **Determine when funds should be withheld.**
   a. If item 2b is checked, funds or other property available at the time of service of the writ must be withheld from the defendant from the time of this disclosure.
   b. If item 2e is checked, funds must be withheld each time you are indebted to the defendant until the writ expires.
   Determine the date withholding will begin and end as follows.
      1) For garnishees with weekly, biweekly, or semimonthly pay periods, withholding begins with the first full pay period after the writ was served and ends on the last day of the last full pay period before the writ expires.
      2) For garnishees on a monthly pay period,
         - if the writ is served on the garnishee within the first 14 days of the pay period, withholding begins on the date the writ was served and continues until the writ expires.
         - if the writ is served on or after the 15th day of the pay period, withholding begins on the next full pay period after the writ was served and continues until the writ expires.

2. **Priority Writs or Orders and Multiple Writs (for periodic garnishments only):**

   Garnishments with a higher priority than this garnishment of periodic payments are
   - orders of bankruptcy court.
   - orders for past due federal or state taxes.
   - income withholding for support of any person.
   - other general garnishments served before this writ.

   a. If a higher priority writ/order is currently in effect and withholding is not applicable at this time, you must monitor the garnishment until (1) the higher priority writ expires, (2) the installment payment is set aside, (3) the defendant's wages are sufficient for both writs, or (4) other circumstances change, which make funds available. If this writ has not expired by then, withholding and payment should begin immediately. An amended disclosure is not necessary.
   b. If a higher priority writ/order is served on you while this writ is in effect and there is not enough money available for both writs, you must suspend withholding under this writ and inform the plaintiff of that fact. Once the higher priority is paid off, the suspended writ becomes effective again if it has not already expired. No further payments can be withheld on this writ if it expires while a higher priority is in effect.
   c. The plaintiff may not file another writ of garnishment of periodic payments for the same defendant, garnishee, and judgment while the existing writ is pending.

3. **Determine the amount to be withheld.** The amount withheld cannot exceed the amount of the balance of the judgment specified in item 2 of the request.

   <u>For periodic garnishment of earnings only,</u> a calculation sheet (the last sheet of this multipart form) is provided to determine the amount to be withheld. You do not need to use this calculation sheet, but if you do, you are not required to file it with the court or provide it to the defendant and plaintiff. However, a record of payment calculations must be maintained and made available for review by the plaintiff, defendant, or court upon request.

**Payment Instructions:**
Determine when disclosed amounts may be released. Funds available under this writ of garnishment may not be released to the plaintiff or court until 28 days after you were served with the writ. After 28 days, funds must be paid as ordered in this writ unless otherwise notified by the court. **No further order to pay will be issued except for garnishments of property other than money.**

<u>For periodic garnishments only,</u> During the first 28 days, payments must be withheld but not paid. After the initial 28-day waiting period, if the court does not notify the garnishee otherwise, all previously withheld funds must be paid out and any future payments must be withheld and paid as they become due until the writ expires. Every time a periodic payment is withheld, the garnishee must provide the plaintiff, defendant (and the court if funds are deposited with the court) with the case name, case number, date of withholding, amount withheld, and the balance due on the writ.

**Final Report Instructions:**
A final report of withholding is required for periodic garnishments. Within 14 days after the writ expires or the garnishee is no longer obligated to make periodic payments, the garnishee must file with the court and mail to the plaintiff and defendant a final statement of the total amount paid on the writ. The statement must include the names of the parties, the case number, the total amount paid, and the balance on the writ. Form MC 48 can be used for this.