UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

Richard Michael Wilcox,   Case No. 02-66238-T
                         Chapter 7
_____ Debtor. /
Associated Newspapers of Michigan,
Eagle Graphics and David Willett,

          Plaintiffs,

vs.   Adv. Pro. No. 03-4098-MBM
     Hon. Marci B. McIvor

Richard Michael Wilcox,

          Defendant. /

**ORDER DISMISSING ADVERSARY PROCEEDING**

Upon the Court's review of the record, it has determined that no action has taken place in this adversary proceeding since December 17, 2010. Therefore,

IT IS HEREBY ORDERED that the above captioned adversary proceeding is dismissed for lack of prosecution.

Signed on August 09, 2011

                                    /s/ Marci B. McIvor
                                    Marci B. McIvor
                                    United States Bankruptcy Judge